AO 450 (Rev. 5/99) Judgment in a Civil Case

**FILED**

June 10, 2025

# United States District Court

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ CR _____

# Western District of Texas

DEPUTY

CARLA VALDEZ
Plaintiffs,

## JUDGMENT IN A CIVIL CASE

v.

Officer No. 4 John Doe and Malex Logistics LLC
D/B/A Malex Logistics S.A. De C.V.,
Defendants.

CASE NUMBER:    DR-24-CV-0088  EG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

That the Magistrate Judge's Report and Recommendation, ECF 5, is ADOPTED. IT IS FURTHER ORDERED that Defendants Officer No. 4 John Doe and Malex Logistics LLC's Motion to Dismiss for Lack of Jurisdiction, ECF 4, is GRANTED. IT IS FURTHER ORDERED that the case is DISMISSED.

_____
June 10, 2025

Date



Philip J. Devlin

_____
Clerk

_____
(By) Deputy Clerk